**Electronically Filed**
**Supreme Court**
**SCWC-13-0005596**
**11-SEP-2014**
**09:49 AM**

SCWC-13-0005596

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CONTINENTAL PACIFIC, LLC by their Managing Agent,
ELITE PACIFIC PROPERTIES, LLC, LEX SMITH and CYNTHIA M. NOJIMA,
Respondents/Plaintiffs-Appellees,

vs.

GLEN D. MAGHANOY
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0005596; DC CIV. NO. 1RC12-1-9923)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge Alm in place of McKenna J., recused.)

The application for writ of certiorari, filed on July

30, 2014, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 11, 2014.

Anthony P. Locricchio,        /s/ Mark E. Recktenwald
for petitioner
                              /s/ Paula A. Nakayama
Lyle S. Hosoda
Kevin T. Morikone             /s/ Richard W. Pollack
Raina P.B. Gushiken
Addison D. Bonner             /s/ Michael D. Wilson
for respondents
                              /s/ Steven S. Alm

